1  JODI SIEGNER, Esq., Bar No. 102884
   jsiegner@deconsel.com
2  DeCARLO & SHANLEY                                    JS - 6
   A Professional Corporation
3  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
4  Telephone:  213/488-4100
   Telecopier:  213/488-4180
5
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
6  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11

12  CARPENTERS SOUTHWEST              ) CASE NO. CV 16-02134 AB(GJSx)
    ADMINISTRATIVE CORPORATION,)
13  a California non-profit corporation;    )
    and BOARD OF TRUSTEES FOR        )
14  THE CARPENTERS SOUTHWEST         ) [REVISED]
    TRUSTS,                          ) [PROPOSED] JUDGMENT
15                                   )
                  Plaintiffs,        )
16                                   )
    v.                               )
17                                   ) Before the Honorable
    T.M. STRUCTURAL, a California    )     André Birotte Jr.
18  corporation; and DOES 1 through 10, )
    inclusive,                       )
19                                   )
                  Defendant.         ) DATE:  September 26, 2016
20  _____ ) TIME:  10:00 a.m.
                                     ) CTRM:  4
21

22

23       This case came for hearing on September 26, 2016 before the Honorable

24  André Birotte Jr., United States District Court Judge.

25       It appearing that defendant, T.M. STRUCTURAL, a California corporation,

26  having been regularly served with process, having failed to plead or otherwise

27  defend this action and its default having been entered; on application of the

28  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against T.M. STRUCTURAL, a California corporation, as follows:

Compelling submission to an audit of their business records for the period April 1, 2013 through the present and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns, health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts and all material invoices.

IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees in the amount of $540.00 and costs pursuant to the Bill of Costs.

DATED: October 18, 2016

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE


Presented by,

DeCARLO & SHANLEY
A Professional Corporation


By: /s/ Jodi Siegner
        JODI SIEGNER
        Attorney for Plaintiffs

2